COURT OF APPEALS









COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

 

 




 
 
  
 RAFAEL
 ZUNIGA,
  
                             Appellant,
  
 v.
  
 PATRICIA B.
 ZUNIGA,
  
                             Appellee.
 
 
  
 '
  
 '
  
 '
  
 '
  
 '
 
 
  
 No. 08-03-00429-CV
  
 Appeal from the
  
 65th District Court
  
 of El Paso County, Texas
  
 (TC# 2002CM-4192 )
 
 




                                                                              

MEMORANDUM OPINION

 

Pending before the Court is the
appellant=s motion to dismiss this appeal
pursuant to Tex. R. App. P.
42.1(a)(1), which states:

(a) On Motion or By Agreement.  The appellate court may dispose of an
appeal as follows:

 

(1) On Motion of Appellant.  In accordance with a motion of appellant, the
court may dismiss the appeal or affirm the appealed judgment or order unless
disposition would prevent a party from seeking relief to which it would
otherwise be entitled.

 








Appellant has complied with the
requirements of Rule 42.1(a)(1).  The Court has 

considered this cause on the appellant=s motion and concludes the motion
should be granted and the appeal should be dismissed.  We therefore dismiss the appeal.

 

SUSAN LARSEN, Justice

October
16, 2003

 

Before
Panel No. 1

Larsen,
McClure, and Chew, JJ.